Marquis Aurbach Coffing
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HARRISON PERKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY DEMEO, LT. M. DOLFIN, and SGT. GUTHRIDGE,<br><br>    Defendants. | Case No.: 2:12-cv-01242-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Anthony Demeo, Lt. M. Dolfin, and Sgt. Guthridge (collectively "Defendants") and Plaintiff Mark Harrison Perkins ("Perkins"), through their respective counsel that:

1. The Parties hereto have fully and completely resolved any and all of their respective claims and defenses at issue in the abuse litigation, and with respect to Perkins detention in Nye County, including but not limited to, all claims arising from Nye County Sheriff's Office/Nye County Detention Center – Tonopah's Mail Policy as well as the allegations with respect to the deficiency of the law library at Nye County Detention Center – Tonopah;

2. Perkins dismisses, with prejudice, and forever releases any and all of its claims and defenses against each and all of the named defendants herein;

3. Defendants, with prejudice, and forever releases any and all of its claims and defenses against Perkins, with respect to the instant litigation; and

4. Each party shall bear their own respective fees and costs.

| | |
|---|---|
| Dated this 25th day of June, 2015. | Dated this 30 day of June, 2015. |
| MARQUIS AURBACH COFFING | MARK HARRISON PERKINS |
| By: *Jonathan Lee* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> Brian R. Hardy, Esq. <br> Nevada Bar No. 10068 <br> Jonathan B. Lee, Esq. <br> Nevada Bar No. 13524 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants <br> bhardy@maclaw.com <br> jbl@maclaw.com <br> Attorney for Defendants | By: *Mark* <br> Mark Harrison Perkins <br> 3380 Rand Road <br> Pahrump, NV 89060 <br> Telephone: (775) 513-6662 <br> *Pro Se Litigant* |

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own fees and costs. All pending motions are denied as moot. The Clerk of Court is instructed to close this case.

July 17, 2015

_____
Jennifer Dorsey
U.S. District Court Judge